## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 14-cv-00847-WJM-MJW | FTR - Courtroom A-502 |
| **Date:** September 30, 2014 | Courtroom Deputy, Ellen E. Miller |
| <u>*Parties*</u> | <u>*Counsel*</u> |
| HEATHER LUCIER, | *Pro Se* |
| Plaintiff(s), | |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC, | Joseph J. Lico |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION   HEARING**
**Court in Session:**   1:34 p.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

The Court raises Defendants's Motion to Enforce Settlement Agreement [Docket No.21] for argument.

Defense witness Matthew Osborne is sworn and testifies.
Plaintiff Heather Lucier is sworn and testifies.
Argument by Mr. Lico and Ms. Lucier.

The Court takes a brief recess: 2:55 p.m.
The Court recalls the case: 3:30 p.m.

**It is ORDERED:**     Defendants' MOTION TO ENFORCE SETTLEMENT AGREEMENT [Docket No. **21,** filed August 01, 2014]  is   **TAKEN   UNDER    ADVISEMENT.**  The court will issue its written Order.

Hearing concluded.
**Court in recess:**   3:35 p.m.
Total In-Court Time 01: 26