IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00847-WJM-MJW

HEATHER LUCIER,

Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., and
MIDLAND FUNDING, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** Defendants' Motion to Amend Scheduling Order and Extend Discovery Deadline (**Docket No. 46**) is **GRANTED** for good cause shown. *See* Local Civil Rule 7.2(d) ("Nothing in this rule precludes a judicial officer form ruling on a motion at any time after it is filed."). The Scheduling Order (**Docket No. 43**) is **AMENDED** to extend the discovery cut-off date until January 16, 2015.

Plaintiff is advised that failure to cooperate during discovery, including failure to make a party available for deposition, can be grounds for sanctions including but not limited to monetary sanctions, adverse inferences, dismissal of the case, and contempt of court.

Date: December 16, 2014