IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00847-WJM-MJW

HEATHER LUCIER,

Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., and
MIDLAND FUNDING, LLC,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    In light of the Notice of Settlement (Docket No. 56) filed by the parties, Plaintiff's Motion to Compel Discovery (**Docket No. 52**) is **DENIED AS MOOT**.

Date: January 12, 2015